IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RYDEX TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-667-RGA |
| | : | |
| HAEMONETICS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER SETTING RULE 16(b) CONFERENCE**

1. A scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Tuesday, January 21, 2014, at 2:00 p.m.**, in Courtroom 6A of the Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiff's counsel shall coordinate a dial in number for all parties wishing to participate, but not physically being able to do so. The dial in number will be for listening capacity only.

2. Parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order – patent," available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order - patent."

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6137.

1-3-14
Date

United States District Judge