**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC<br><br>          Plaintiff,<br><br>v.<br><br>ANIMAS CORPORATION, JOHNSON & JOHNSON SERVICES, INC.,<br><br>          Defendants. | Civil Action No. 1:13-cv-00662-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>          Plaintiff,<br><br>v.<br><br>B. BRAUN MEDICAL, INC. and B. BRAUN MELSUNGEN AG,<br><br>          Defendants. | Civil Action No. 1:13-cv-00663-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>          Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>          Defendant. | Civil Action No. 1:13-cv-00664-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>          Plaintiff,<br><br>v.<br><br>CAREFUSION CORPORATION,<br><br>          Defendant. | Civil Action No. 1:13-cv-00665-RGA<br><br>JURY TRIAL DEMANDED |

1

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>HAEMONETICS CORPORATION,<br><br>    Defendant. | Civil Action No. 1:13-cv-00667-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-00668-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>MEDRAD, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-00671-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SMITHS MEDICAL and SMITHS MEDICAL ASD, INC.,<br><br>    Defendants. | Civil Action No. 1:13-cv-00675-RGA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Rydex Technologies, LLC in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

>Timothy Devlin
>Farney Daniels PC
>1220 Market Street
>Suite 850
>Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

Dated: January 17, 2014  FARNEY DANIELS PC

*/s/ Timothy Devlin*

Timothy Devlin #4241
tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone: (302) 300-4626

*Attorneys for Plaintiff*
*Rydex Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241