IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANIMAS CORPORATION, JOHNSON & JOHNSON SERVICES, INC.,<br><br>Defendants. | Civil Action No. 13-662-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>B. BRAUN MEDICAL, INC.,<br><br>Defendant. | Civil Action No. 13-663-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 13-664-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAREFUSION CORPORATION,<br><br>Defendant. | Civil Action No. 13-665-RGA<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAEMONETICS CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 13-667-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOSPIRA, INC.,<br><br>　　　　Defendant. | Civil Action No. 13-668-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDRAD, INC.,<br><br>　　　　Defendant. | Civil Action No. 13-671-RGA<br><br>JURY TRIAL DEMANDED |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMITHS MEDICAL ASD, INC.,<br><br>　　　　Defendant. | Civil Action No. 13-675-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the date for submission to the Court of a Proposed Protective Order is extended to March 3, 2014.

| | |
|---|---|
| FARNEY DANIELS, PC | ASHBY & GEDDES |
| By: /s/ Timothy Devlin | By: /s/ Lauren E. Maguire |
| Timothy Devlin (#4241) | Steven J. Balick (#2114) |
| 1220 Market Street, Suite 850 | Lauren E. Maguire (#4261) |
| Wilmington, DE 19801 | Andrew C. Mayo (#5207) |
| (302) 300-4626 | 500 Delaware Avenue |
| tdevlin@farneydaniels.com | 8th Floor |
| | P.O. Box 1150 |
| *Attorneys for Plaintiff* | Wilmington, Delaware 19899 |
| *Rydex Technologies LLC* | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendants* |
| | *Animas Corporation and Johnson & Johnson, Services Inc.* |

| | |
|---|---|
| GREENBERG TAURIG, LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Eve H. Ormerod<br>Gregory E. Stuhlman (#4765)<br>Eve H. Ormerod (#5369)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7381<br>stuhlmang@gtlaw.com<br>ormerode@gtlaw.com<br><br>*Attorneys for Defendant*<br>*B. Braun Medical Inc.* | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>asilverstein@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Baxter International Inc.* |
| DLA PIPER LLP (US) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: /s/ Denise S. Kraft<br>Denise S. Kraft (#2778)<br>Brian A. Biggs (#5591)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>(302) 468-5700<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br><br>*Attorneys for Defendant*<br>*CareFusion Corporation* | By: /s/ Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendant*<br>*Haemonetics Corporation* |

| | |
|---|---|
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/ Mary B. Matterer*<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Hospira Inc.* | By: */s/ Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>Jack B. Blumenfeld (#1014)<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendant*<br>*MEDRAD Inc.* |
| MORRIS JAMES LLP | |
| By: */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Smiths Medical ASD, Inc.* | |

        **SO ORDERED** this ___ day of _____, 2014.

_____
United States District Judge