IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RYDEX TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-664-RGA |
| | : | |
| BAXTER INTERNATIONAL INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| RYDEX TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-665-RGA |
| | : | |
| CAREFUSION CORPORATION, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| RYDEX TECHNOLOGIES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-667-RGA |
| | : | |
| HAEMONETICS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-668-RGA |
| HOSPIRA INC., | : |
| Defendant. | : |

## ORDER

Plaintiff has filed a "Motion for Supplemental Markman Submissions." (D.I. 70 in No. 13-664-RGA).[1] Defendants oppose, stating that supplemental submissions are unnecessary. (D.I. 70 at 2 n.1; *see* D.I. 71). I agree with Defendants. I do not think further submissions are necessary. The parties have already had the chance to argue, in writing and orally, the evidence, both intrinsic and extrinsic. Whether I would characterize my analysis as factual or legal, or whether the Court of Appeals would so characterize, is not an issue on which further submissions would be helpful. Thus, I will **DENY** the motions in each case.

IT IS SO ORDERED this 23rd day of February 2015.

*Richard G. Andrews*
United States District Judge

---

[1] The same pleadings have been filed in all four cases. For ease of reference, citations are only to the docket in No. 13-664-RGA.