# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Civil Action No. 13-664-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAREFUSION CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 13-665-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAEMONETICS CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 13-667-RGA |
| RYDEX TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOSPIRA, INC.,<br><br>　　　　　Defendant. | Civil Action No. 13-668-RGA |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
<u>THEIR MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT</u>**

Pursuant to L.R. 7.1.2(b), Defendants Baxter International, Inc., CareFusion Corporation, Haemonetics Corporation and Hospira, Inc. (collectively, "Defendants") write to inform the Court of the judgment of affirmance recently issued by the United States Court of Appeals for the Federal Circuit in *Rydex, Ltd. v. Ford Motor Co.*, No. 2013-1462; 2013-1463.  The Federal Circuit affirmed without an opinion the claim construction order and final judgment from Judge Gilmore of the United States District Court for the Southern District of Texas.  Judge Gilmore's claim construction order was cited on pages 11-12 of Defendants' Opening Brief in Support of Their Motion for Summary Judgment of Noninfringement and on pages 4-5 of their Reply Brief in Further Support of Their Motion for Summary Judgment of Noninfringement.   A copy of the Federal Circuit's judgment is attached hereto as Exhibit A.

Dated:  February 24, 2015

                                                POTTER ANDERSON & CORROON LLP

                                                By: */s/ Philip A. Rovner*
                                                   Philip A. Rovner (#3215)
                                                   Jonathan A. Choa (#5319)
                                                   Alan R. Silverstein (#5066)
                                                   Hercules Plaza
                                                   P.O. Box 951
                                                   Wilmington, DE  19899
                                                   (302) 984-6000
                                                   provner@potteranderson.com
                                                   jchoa@potteranderson.com
                                                   asilverstein@potteranderson.com

                                          *Attorneys for Defendant*
                                          *Baxter International, Inc.*

| | |
|---|---|
| Of Counsel*:* | DLA PIPER LLP (US) |
| John Allcock<br>Richard Mulloy<br>Jesse Hindman<br>Tiffany Miller<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  94201-4297<br>(619) 699-2700 | By: */s/ Denise S. Kraft*<br>   Denise S. Kraft (#2778)<br>   Brian A. Biggs (#5591)<br>   1201 N. Market Street, Suite 2100<br>   Wilmington, DE 19801<br>   (302) 468-5700<br>   denise.kraft@dlapiper.com<br>   brian.biggs@dlapiper.com<br><br>*Attorneys for Defendant*<br>*CareFusion Corporation* |
| Of Counsel: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Deepro Mukerjee<br>Christopher L. McArdle<br>ALSTON & BIRD LLP<br>90 Park Avenue, 12th Floor<br>New York, NY  10016-1387<br>(212) 210-9400<br><br>Kamran Jivani<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA  30309<br>(404) 881-7000 | By*: /s/ Rodger D. Smith II*<br>   Rodger D. Smith II (#3778)<br>   1201 North Market Street<br>   P.O. Box 1347<br>   Wilmington, DE  19899-1347<br>   (302) 351-9200<br>   rsmith@mnat.com<br><br>*Attorneys for Defendant*<br>*Haemonetics Corporation* |
| Of Counsel*:* | MORRIS JAMES LLP |
| Bradford P. Lyerla<br>Benjamin J. Bradford<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL  60654<br>(312) 222-9350 | By: */s/ Mary B. Matterer*<br>   Richard K. Herrmann (#405)<br>   Mary B. Matterer  (#2696)<br>   500 Delaware Avenue, Suite 1500<br>   P.O. Box 2306<br>   Wilmington, DE 19899-2306<br>   (302) 888-6800<br>   mmatterer@morrisjames.com<br><br>*Attorneys for Defendant*<br>*Hospira, Inc.* |