# EXHIBIT A

NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**RYDEX, LTD.,**
*Plaintiff-Appellant*

**v.**

**FORD MOTOR COMPANY,**
**MAZDA MOTOR OF AMERICA, INC.**
**(DOING BUSINESS AS MAZDA NORTH AMERICAN**
**OPERATIONS),**
*Defendants-Cross Appellants*

**TOYOTA MOTOR SALES, U.S.A., INC.,**
*Defendant-Cross Appellant*

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Cross Appellant*

**AMERICAN HONDA MOTOR CO., INC.,**
**SUBARU OF AMERICA, INC.,**
*Defendants*

———————————

2013-1462, 2013-1463

———————————

Appeals from the United States District Court for the Southern District of Texas in No. 11-CV-0122, Judge Vanessa D. Gilmore.

---

## JUDGMENT

---

STAMATIOS STAMOULIS, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

DOMINIC FRANCIS PERELLA, Hogan Lovells US LLP, Washington, DC, argued for defendant-cross appellants. Also represented by JASON R. MUDD, Erise IP, P.A., Overland Park, KS. JEFFREY SCOTT PATTERSON, Hartline Dacus Barger Dreyer LLP, Dallas, TX, for defendant-cross appellant Nissan North America, Inc. ERIC W. SCHWEIBENZ, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, Alexandria, VA, for plaintiff-cross appellant Toyota Motor Sales, U.S.A., Inc. Also represented by RICHARD D. KELLY, ROBERT CARTER MATTSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and O'MALLEY, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

February 18, 2015                          /s/  Daniel  E.  O'Toole
Date                                                 Daniel E. O'Toole
                                                         Clerk of Court